# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN DESPRES, JR.,**

    **Plaintiff,**

**-vs-**              Case No. 6:10-cv-1107-Orl-31DAB

**ATLAS CONCRETE PRODUCTS INC. and**
**JOSEPH C. PAYMENT,**

    **Defendants.**
_____

## ORDER

Upon consideration of the Notice of Settlement (Doc. 28), it is

**ORDERED** that the parties shall file their settlement agreement and motion for approval thereof by January 6, 2011.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 16, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE